**FILED**

**JUL 1 7 2006**

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA                    CIVIL No.:

------------------------------------------------------------x

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

Linda Sharp
*9 Lynch ST*                Plaintiff,
*Huntington STA* *NY 11746* *631-385-2018*

-**Versus**-

The State of New York;
The Governor of the State of New York George E. Pataki;
Attorney General of the State of New York Elliot L, Spitzer;   **COMPLAINT**
Mayor of the City of New York of the State of New
York Michael R. Bloomberg;
Chief Administrative Judge of New York State Unified      Plaintiff resides at:
Court System Jonathan Lippman;                           9 Lynch Street
The Comptroller of the City of New York of the State of  Huntington Station, NY 11746
New York William Thompson Jr.;
Commissioner of Finance of the City of New York of the
State of New York Martha E. Stark;
Commissioner of Housing Preservation and
Development of the City of New York of the State of
New York Shaun Donovan;                                  **CASE NUMBER  1:06CV01267**
District Attorney, County of Kings, State of New York,
Charles J. Hynes;                                        **JUDGE: Emmet G. Sullivan**
District Attorney, County of Nassau, State of New York,
Kathleen Rice;                                           **DECK TYPE: Pro se General Civil**
District Attorney, County of Suffolk, State of New York,
Thomas J. Spota III;                                     **DATE STAMP: 07/17/2006**
Clerk of the County of Suffolk of the State of New York,
Judith A. Pascale;
County Executive of the County of the State of New York,
Steve Levy; and
Chief Judge of the State of New York Judith S. Kaye

Defendants.

------------------------------------------------------------x

1)    *Pro se* Plaintiff Linda Sharp is a citizen of the

United States of America, residing at 9 Lynch Street,

Huntington Station, New York 11746.

2)    The State of New York, Defendant, is also referred to

as "New York State". Service can be conducted at The State

Attorney General Office, at 120 Broadway, New York, NY

10005.

3)    Defendant George E. Pataki is the Governor of New York State, at State Capitol, Albany, New York, 12224.

4)    Defendant Elliot L. Spitzer is the Attorney General of the State of New York, at 120 Broadway, New York, NY 10005.

5)    Defendant Michael R. Bloomberg is the Mayor of the City of New York of the State of New York, at City Hall, New York, NY 10007.

6)    Defendant Jonathan Lippman is Chief Administrative Judge of New York State Unified Court System at 25 Beaver Street, New York, NY 10004.

7)    Defendant William C. Thompson Jr. is the New York City Comptroller, at the Office of the Comptroller, City of New York of the State of New York, 1 Centre Street, New York, NY 10007.

8)    Defendant Martha E. Stark is the Commissioner of Finance of the City of New York of the State of New York, at City of New York Department of Finance, 1 Centre Street, New York, NY 10007.

9)    Defendant Shaun Donovan is the Commissioner of Housing Preservation and Development of the City of New York of the State of New York, at 100 Gold Street, New York, NY 10038-1605.

10)   Defendant Charles J. Hynes is the District Attorney of Kings County, State of New York, at Office of District

Attorney Renaissance Plaza, 350 Jay Street, Suite 19TH

Brooklyn, NY 11201.

11)   Defendant Kathleen Maura Rice is the District Attorney

of Nassau County in the State of New York, at Nassau County

District Attorney's Office, 262 Old Country Road, Mineola,

NY 11501.

12)   Defendant Thomas Joseph Spota III is the District

Attorney of Suffolk County in the State of New York, at

Suffolk County District Attorney's Office, Suffolk County

District Attorney's Office, Veterans Memorial Highway,

Hauppauge, NY 11788.

13)   Defendant Judith A. Pascale is the County Clerk of

Suffolk County, in the State of New York, at 310 Center

Drive, Riverhead, NY 11901-3392.

14)   Defendant Steve Levy is the County Executive of the

County of Suffolk, in the State of New York, at the H. Lee

Dennison Building, 100 Veterans Memorial Highway, Hauppauge,

NY 11788.

15)   Defendant, Chief Judge of the State of New York,

Judith S. Kaye, is the Chief Judge of the State of New York,

at 20 Eagle Street, Albany, NY 12207.

16)   Defendants surreptitiously and nefariously acted under

the illusory color of law when committing the unlawful acts

which I shall state in this complaint.

17)   Jurisdiction is invoked pursuant to 18 USC 1961 et
seq.; 42 USC 1981-1985; 28 USC 1332, 1343.

18)   Defendants protected, promoted, encouraged, and
participated in obstruction of justice, racketeering,
withholding evidence to control the outcome of the cases.
Patronage is openly practiced, as well as retaliation on
those who reject the practice and report it, as this *pro se*
plaintiff has been the object of.

19)   Defendants are trying to make an example out of me
because I reported my condition and fought back against the
said wrongdoing. I have been vocal. Previous threats have
not stopped me from insisting to be heard and justice
served. I am now intimidated enough to seek protection
outside of The State of New York, beyond the massive sphere
of influence that the Defendants project.

20)   Due to the long arm of the State of New York, I feel
threatened to continue living here. A number of the
offenses are as follows;

21)   The Court, under the authority of Jonathan Lippman
(Henceforth known as "Judge Lippman"), refused to enforce
their own orders. Six Judges, under the authority of Judge
Lippman, recused themselves without any explanation. Their
recusals protracted the cases. The Court, under the

authority of Judge Lippman, refused to acknowledge evidence
without any reason. The Court, under the authority of Judge
Lippman, contradicted its own orders. My attorney was
intimidated by the Court, under the authority of Judge
Lippman, to back down. Defendants refused to prosecute or
report criminal behavior. The Court, under the authority of
Judge Lippman, assured me it was impartial and stayed on
New York State Supreme Court Suffolk County Index
#27393/1999 ("Sharp v Sharp"; date of submission of initial
application: December 10, 1999) while it was being sued in
Federal Court Eastern District (CV-03-895 ADS EDNY). In
another instance, when being harassed by my husband's ex-
attorney, *a highly politically connected crony*, in a
harassing nuisance suit (New York State Supreme Court
Suffolk County Index #24209/2003) and having it removed to
Federal Court (CV-05-4158 ADS EDNY), the US District Court
Judge knowingly called the case when this *pro se* was not in
the USA (due to a death in our family), dismissed the case,
and sent the order to a fictitious address which did not
appear on the record. The Court stated I would be
sanctioned if I return.

22)  When this *pro se* collapsed in court, The Court, under
the authority of Judge Lippman, demanded EMS to take this

*pro se* on a stretcher from the elevator back into the courtroom.

23)   When said politically connected crony told my husband to kill me, two judges, under the authority of Judge Lippman, encouraged the act. Nassau and Suffolk County District Attorneys looked the other way. Those two Judges were New York State Supreme Court Suffolk County Judges John C. Bivona and Ralph F. Costello, under the authority of Judge Lippman. When my husband tried to withdraw the divorce action that he started, he was prevented from doing so, under the authority of Judge Lippman. Well over $100,000 was demanded for allowing "Sharp v. Sharp" plaintiff to drop the divorce "Sharp v. Sharp" and have said case closed. The annexed court transcript lucidly shows very disturbing extortion; un-American activity. My state (The State of New York) continues to play "Gotcha".

24)   Defendants have ambushed my family. New York State has deliberately disregarded facts and evidence without cause. Upon my discovery of conflicts of interest, the Court, under the authority of Judge Lippman, became more egregious. This *pro se* was denied access to her own file. This *pro se* contacted the Powers That Be for correction propose. New York State's involvement in punishing me has caused me fear.

25) Federal Bankruptcy Court in New York State (03-81078 EDNY) dismissed my case. My court ordered income was deemed unreliable. Champerty in a divorce case (NYS Suffolk 27393/1999) was openly permitted, despite being freely admitted to in open court, as the court looked the other way, under the authority of Judge Lippman. New York state devalued our property to further sink my boat. New York State courts encourage criminal elements to steal and devalue property. New York State has, and threatens to further, utilize fiduciaries under the illusory color of law to devalue, destroy, and steal our property.

**Alleged judicial misconduct and malfeasance on the part of current New York State Supreme Court Justice John C. Bivona from the bench while presiding over the allegedly-concluded New York State matrimonial/divorce case "Sharp v. Sharp"**

26) I further allege Defendants within the sphere of influence in New York State enforced receivership misconduct and probable criminal conduct and criminal co-conspiratorial activities currently and constantly conducted by various court-appointed receivers under the authority of Judge Lippman and their various private attorneys during "Sharp v. Sharp" and afterward (including the latest receiver Mr. Everett W. George and his attorneys (Alter and Barbaro), various financiers and mortgage brokers as Mr. Mitchell E. Domin and various private

attorneys as Mr. John C. Klotz (who alternately represented

spouses Linda and Michael Sharp, usually representing Mr.

Sharp), Mr. Neil R. Cahn (who alternatively represented and

opposed Mr. Sharp and adversely opposed Linda Sharp), and

Mr. Kenneth J. Glassman.

A certified, official copy of the Receiver's Report

approved by the Honorable John C. Bivona from the judge's

office (with an exemplification attached to that same

Report) be mailed to me via the US Postal Service. I wrote

to the Suffolk County Clerk's Office in Riverhead via a

July 28 letter and physically went to that same to find and

get a copy of the aforementioned Receiver's Report to find

it was not there, not even publicly listed with the County

Clerk's office.

27)   Sharp Realty LLC's taxes were not filed as required

and appropriate in part due to Sharp Realty LLC's CPA Wayne

Rogers NOT filing the applicable and necessary tax returns

and remittances to the IRS.

28)   Also, again, to the best of my knowledge and to the

best of my belief, the aforementioned Receiver's Report was

never provided to the aforementioned CPA for correctly

filing same taxes.

29)   A completed Receiver's Report (on a two-year

receivership ordered and initiated by the Honorable John C

Bivona and conducted by then receiver Everett W George),

which was approved by Judge Bivona and then, apparently and

allegedly at my behest, later unapproved by the same

Justice, was never provided to Sharp Realty LLC, not even

for tax purposes.

30)  Thusly, information meant the IRS is being withheld

and concealed under the authority of Judge Lippman.

31)  I reported a shell company that LexisNexis crossed

with my property. The Brooklyn District Attorney, under the

authority of Charles J. Hynes, couldn't tell me anything,

or why they couldn't tell me how my property was involved

in their sting, and arrests involving a pyramid scheme in

Brooklyn. The two ADA's I spoke with in rackets suggested

that my property was being used as "bait". They would not

say anything further. After the "sting" was broadcasted on

television news, the Brooklyn District Attorney's Office,

under the authority of DA Charles J. Hynes, refused to tell

me anything, except that it was "big". They even refused to

disclose whether or not our property continued to be in

danger.

32)  Protection in place for the parties became protection

for the Court. New York State is a party to all

aforementioned index numbers stated, though ambush and

coercion. The court allowed unsupervised possession and transport of court files to further taint the record.

33)  Discovery in each and every one of the indexed cases has been stonewalled without explanation, under the authority of Judge Lippman. No reason given for non discovery, no legal authority given, no legal citation for non discovery.  The Courts, under the authority of Judge Lippman have unlawfully denied discovery in all aforementioned cases. Nothing else matters.

34)  All Defendants have been and continue to be complicit in the aforestated wrongdoings and in the cover-up of said wrongdoings.

35)  All conceivable remedies have been thoroughly exhausted and unlawfully obstructed in both New York State and New York based federal levels.

36)  The relief sought is money Judgment DAMAGES to recover damages from Defendants in the amount of $60,000,000.00 for RICO, Fraud, Punitive Damages, Collusion, Conspiracy, Compensatory Damages, Theft by Deception, Violations of Law, Violations of Plaintiff's Due Process Rights, Treble Damages for Deceptive Practices; Emotional Distress and Mental anguish, designed to Harass and Maliciously injure Plaintiff.

37)   Injunctive and declaratory relief sought includes
referring the Defendants, all appropriate New York based
Federal entities, as well as all aforementioned cases,
including, but not limited to, Suffolk County New York
State Supreme Court Index # 1999-27393 and # 2003-24209, to
the Federal Bureau of Investigations and the United States
Department of Justice: Public Integrity Section, for
meticulous examination and **special prosecution**, using
**OPERATION GREYLORD** as a very apt and able precedent.

38)   I, LINDA SHARP, am acting as a *pro se* litigant not
trained in law, and if I have failed to follow some
procedural rule of this court, that I be given ample notice
to rectify prior to any ruling of this action.


Signed on this *14* day of July ___, 2006

Elsie V. Coulter
Notary Public, State of New York
No. 01CO5048978
Qualified in Suffolk County
My Commission Expires Sept. 5, 2009

LINDA SHARP
9 Lynch ST
Huntington STA
NY 11746

## INDEX NUMBERS

Matrimonial Action (Sharp v. Sharp):

New York State Supreme Court Suffolk County 27393/1999

Federal removal of Matrimonial Action:

CV-03-0407-EDNY ADS

Linda Sharp v. Judge John C. Bivona, et al:

CV-03-895-EDNY ADS

Linda Sharp Bankruptcy case:

03-81078 (EDNY)

Newman and Cahn LLP v. Michael Sharp:

New York State Supreme Court Suffolk County 24209/2003

Federal Removal of Newman and Cahn LLP v Michael Sharp:

CV-05-4158-EDNY ADS

New York State Court of Claims:

Claim Number 111101

Foreclosure Action:

New York State Supreme Court King County 30826/2005

Writ of Mandamus and Writ of Prohibition:

(New York State 2nd Appellate Division) 2006-2803

Federal case against Mitchell E. Domin

CV-06-5275 SDNY