RECEIVED
JUL 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-----------------------------------------------------------------x
Linda Sharp

(9 Lynch Street
Huntington Station, NY 11746
1-631-385-2018)
              Plaintiff,

    -Versus-

The State of New York;
The Governor of the State of New York George E. Pataki;
Attorney General of the State of New York Elliot L. Spitzer;
Mayor of the City of New York of the State of New
York Michael R. Bloomberg;
Chief Administrative Judge of New York State Unified
Court System Jonathan Lippman;
The Comptroller of the City of New York of the State of
New York William Thompson Jr.;
Commissioner of Finance of the City of New York of the
State of New York Martha E. Stark;
Commissioner of Housing Preservation and
Development of the City of New York of the State of
New York Shaun Donovan;
District Attorney, County of Kings, State of New York,
Charles J. Hynes;
District Attorney, County of Nassau, State of New York,
Kathleen Rice;
District Attorney, County of Suffolk, State of New York,
Thomas J. Spota III;
Clerk of the County of Suffolk of the State of New York,
Judith A. Pascale;
County Executive of the County of the State of New York,
Steve Levy; and
Chief Judge of the State of New York Judith S. Kaye

              Defendants.
-----------------------------------------------------------------x

CASE NUMBER: 1:06CV01267

HON. EMMET G. SULLIVAN

**AFFIDAVIT OF SERVICE**

## AFFIDAVIT OF SERVICE

NAZAC SALEH, being duly sworn, says: I am not a party to this action, am over 18 years of age, and reside in Suffolk County, New York,

    On July 18, July 19, July 20, and July 21, 2006, pursuant to FRCP Rule 4, I served true copies of the **SUMMONS AND COMPLAINT** to all of the above-captioned Defendants via PERSONAL SERVICE.

1)    On July 18, 2006, at approximately 4:45 PM, Thomas J.

Spota III, Office of Suffolk County District Attorney, at Suffolk County District Attorney's Office, Suffolk County District Attorney's Office, Veterans Memorial Highway, Hauppauge, NY 11788, was served the **SUMMONS AND COMPLAINT**. Cynthia Scesny, white female, dark blonde shoulder length hair, glasses, approximately 5'8" 130 pounds, accepted service (signed copy of the SUMMONS for above mentioned defendant is enclosed).

2) Defendant Steve Levy, the County Executive of the County of Suffolk, in the State of New York, at the H. Lee Dennison Building, 100 Veterans Memorial Highway, Hauppauge, NY 11788, was served the **SUMMONS AND COMPLAINT** on July 18, 2006, at approximately 4:56 PM. The Office of (Suffolk) County Attorney Christine Malafi (6th floor of above mentioned address) accepted service; white female, dark brown hair approximately 5'6"-7" 120 lbs (stamped copy of the SUMMONS for County Executive Levy is enclosed, please see back of sheet).

3) Defendant Kathleen Maura Rice, the District Attorney of Nassau County in the State of New York, at Nassau County District Attorney's Office, North Entrance, 272 Old Country Road, Mineola, NY 11501, was served the **SUMMONS AND COMPLAINT** on July 19, 2006, at approximately 12:56 in the

afternoon. A receptionist in room 026 of above mentioned address, identifying herself as "Anne", accepted service. Anne is a white female, has blonde hair, blue eyes, approximately 5'6", 200 lbs., approximately in her 50's, was seated for the duration of the service process, and remarked that she would pass said documents to her boss, "Mr. Thera" (phonetic spelling). No stamped or signed copy of the SUMMONS was provided.

4)   Defendants THE STATE OF NEW YORK, THE GOVERNOR OF THE STATE OF NEW YORK GEORGE E. PATAKI, and ATTORNEY GENERAL OF THE STATE OF NEW YORK ELLIOT L. SPITZER, were served the **SUMMONS AND COMPLAINT** at the State of New York Attorney General Managing Attorney's Office 120 Broadway, 24th floor, New York, NY 10005 on July 19, 2006, at approximately 2:27 PM. Totlyn M. Lewis, black female, approximately 5'6", 120 lbs, straight black hair, was seated for the duration of the service process, accepted service. Stamped copies of SUMMONS for the above mentioned defendants in this paragraph four are enclosed.

5)   Defendant Chief Administrative Judge of New York State Unified Court System Jonathan Lippman, was served the **SUMMONS AND COMPLAINT** at 25 Beaver Street, 11th floor, New York, NY 10004, on July 19, 2006, at approximately 2:50 PM. Pedro Morales, a Hispanic male, wearing glasses, salt and

pepper curly hair, 5'9"-10" 180 lbs., 40's, accepted service. A stamped copy of SUMMONS for the above mentioned defendant in this paragraph five is enclosed.

6) Defendants Mayor of the City of New York of the State of New York Michael R. Bloomberg, The Comptroller of the City of New York of the State of New York William Thompson Jr., Commissioner of Finance of the City of New York of the State of New York Martha E. Stark, Commissioner of Housing Preservation and Development of the City of New York of the State of New York Shaun Donovan, were served the **SUMMONS AND COMPLAINT** at the New York City Corporation Counsel at 100 Church Street, 4th floor, New York, NY 10007, on July 19, 2006, at approximately 4:30 PM. Jerry Bradshaw, black male, wearing glasses, shaven head, approximately 5'10"-11" 190 lbs., accepted service. Stamped copies of SUMMONS for the above mentioned four defendants in this paragraph six are enclosed.

7) Defendant Clerk of the County of Suffolk of the State of New York, Judith A. Pascale, at 310 Center Drive, Riverhead, NY 11901-3392, was served the **SUMMONS AND COMPLAINT** on July 20, 2006, at approximately 1:45 PM. Karen Reardon, white female, approximately 5'5" and 200 lbs, accepted service. A stamped copy of the SUMMONS for the

above mentioned defendant in this paragraph 7 is enclosed.

8) Defendant District Attorney, County of Kings, State of New York, Charles J. Hynes, at Office of District Attorney Renaissance Plaza, 350 Jay Street, Brooklyn, NY 11201, was served the **SUMMONS AND COMPLAINT** on July 21, 2006, at approximately 10:30 AM. Margaret Barbano (phonetic spelling), white female, long straight hair, approximately 5'5"-6" 200 lbs, accepted service. A signed copy of the SUMMONS of above defendant is enclosed.

9) Defendant Chief Judge of the State of New York Judith S. Kaye, at 230 Park Avenue, New York, NY 10169, was served the **SUMMONS AND COMPLAINT** on July 21, 2006, at approximately 11:30 AM. Jean Joyce, white female, 5'7"-8" 120 lbs., accepted service. A signed copy of the SUMMONS of above defendant is enclosed.

SWORN TO BEFORE ME ON  7/21/2006

NAZAC SALEH

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Linda Sharp

v.

The State of New York, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV01267

JUDGE: Emmet G. Sullivan

DECK TYPE: Pro se General Civil

DATE STAMP: 07/17/2006

TO: (Name and address of Defendant) Chief Judge of the State of New York Judith S. Kaye 20 Eagle Street Albany NY 12207

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S PRO SE (name and address)

Linda Sharp
Plaintiff, Pro Se
9 Lynch Street
Huntington Station, NY 11746

Received By:
Jean Joyce
Law Clerk to
Chief Judge Kaye

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

7/21/06

NANCY M. MAYER-WHITTINGTON       JUL 17 2006
CLERK                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Linda Sharp

v.

The State of New York, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV01267

JUDGE: Emmet G. Sullivan

DECK TYPE: Pro se General Civil

DATE STAMP: 07/17/2006

TO: (Name and address of Defendant) District Attorney of Kings County of State of N.Y. Charles J. Hynes 350 Jay St, Brooklyn, NY 11201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' PRO SE (name and address)

Linda Sharp
Plaintiff, Pro Se
9 Lynch Street
Huntington Station, NY 11746

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON     JUL 17 2006
CLERK                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Linda Sharp

v.

the State of New York, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV01267

JUDGE: Emmet G. Sullivan

DECK TYPE: Pro se General Civil

DATE STAMP: 07/17/2006

*[Stamp: STATE OF NEW YORK ATTORNEY GENERAL MANAGING ATTY'S OFC RECEIVED 2006 JUL 19 PM 2:27]*

TO: (Name and address of Defendant)   Governor of New York State, George E. Pataki
State Capital, Albany, N.Y. 12224

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'  **PRO SE**  (name and address)

Linda Sharp
Plaintiff, Pro Se
9 Lynch Street
Huntington Station, NY 11746

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          JUL 17 2006
CLERK                                DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Linda Sharp

v.

The State of New York, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV01267

CAS   JUDGE: Emmet G. Sullivan

DECK TYPE: Pro se General Civil

DATE STAMP: 07/17/2006

*[Stamp: CITY OF N.Y. LAW DEPART. OFFICE OF CORP. COUNSEL COMMUNICATIONS — 2006 JUL 19 PM 12]*

TO: (Name and address of Defendant)

N.Y.C Commissioner of Finance
Martha E. Stark
1 Centre St. N.Y. N.Y. 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' PRO SE (name and address)

Linda Sharp
Plaintiff, Pro Se
9 Lynch Street
Huntington Station, NY 11746

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON              JUL 17 2006
CLERK                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Linda Sharp

v.

the State of New York, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:06CV01267

JUDGE: Emmet G. Sullivan

DECK TYPE: Pro se General Civil

DATE STAMP: 07/17/2006

TO: (Name and address of Defendant) New York City Comptroller
City of N.Y., State of N.Y. William C. Thompson, Comptroller
1 Centre St. NY NY 10007   PRO SE

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' ~~[redacted]~~ (name and address)

Linda Sharp
Plaintiff, Pro Se
9 Lynch Street
Huntington Station, NY 11746

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

JUL 17 2006
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Linda Sharp

v.

The State of New York, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV01267

JUDGE: Emmet G. Sullivan

DECK TYPE: Pro se General Civil

DATE STAMP: 07/17/2006

TO: (Name and address of Defendant)

Mayor of The City of NY
Michael R. Bloomberg
City Hall New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' PRO SE (name and address)

Linda Sharp
Plaintiff, Pro se
9 Lynch Street
Huntington Station, NY 11746

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         JUL 17 2006
CLERK                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

Linda Sharp

v.

the State of New York, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:06CV01267

JUDGE: Emmet G. Sullivan

DECK TYPE: Pro se General Civil

DATE STAMP: 07/17/2006

STATE OF NEW YORK
ATTORNEY GENERAL
MANAGING ATTNY'S OFC.
RECEIVED
2006 JUL 19 PM 2:27

TO: (Name and address of Defendant)

New York State Attorney General Elliot Spitzer
120 Broadway NyNy 10005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' PRO SE (name and address)

Linda Sharp
Plaintiff, Pro Se
9 Lynch Street
Huntington Station, NY 11746

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON            JUL 17 2006
CLERK                                  DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Linda Sharp

v.

The State of New York, et al.

SUMMONS IN A CIVIL CASE

CASE NUMBER 1:06CV01267

JUDGE: Emmet G. Sullivan

DECK TYPE: Pro se General Civil

DATE STAMP: 07/17/2006

TO: (Name and address of Defendant) N.Y.C. Commissioner of Housing, Preservation & Development
Shaun Donovan
100 Gold ST NY NY 10038-1605

PRO SE

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~ATTORNEY~~ (name and address)

Linda Sharp
Plaintiff, Pro Se
9 Lynch Street
Huntington Station, NY 11746

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                          JUL 17 2006
                                               DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Linda Sharp

V.

The State of New York, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:06CV01267

CA

JUDGE: Emmet G. Sullivan

DECK TYPE: Pro se General Civil

DATE STAMP: 07/17/2006

*[Stamp: STATE OF NEW YORK ATTORNEY GENERAL MANAGING ATTY'S OFC RECEIVED 2006 JUL 19 PM 2:27]*

TO: (Name and address of Defendant)   The State of New York
The State Attorney General office
120 Broadway   NY NY 10005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~[redacted]~~ PRO SE  (name and address)

Linda Sharp
Plaintiff, Pro Se
9 Lynch Street
Huntington Station, NY 11746

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JUL 17 2006
_____                     _____
CLERK                                          DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

*[Handwritten at top right:]* DC District Attorney Office, Cynthia ~~~~, 7/18/06 4:40 pm

# UNITED STATES DISTRICT COURT
## District of Columbia

Linda Sharp
v.
The State of New York, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV01267

CA

JUDGE: Emmet G. Sullivan

DECK TYPE: Pro se General Civil

DATE STAMP: 07/17/2006

TO: (Name and address of Defendant) District Attorney of Suffolk County, State of N.Y. Thomas Joseph Spota III Veterans Memorial Highway, Hauppauge NY 11788

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF' PRO SE (name and address)

Linda Sharp
Plaintiff, Pro Se
9 Lynch Street
Huntington Station, NY 11746

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

JUL 17 2006
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Linda Sharp

v.

the State of New York, et al.

SUMMONS IN A CIVIL CASE

CASE NUMBER 1:06CV01267

CAS    JUDGE: Emmet G. Sullivan

DECK TYPE: Pro se General Civil

DATE STAMP: 07/17/2006

TO: (Name and address of Defendant) County Clerk of Suffolk County of the State of New York
Judith A. Pascale
310 Center Drive Riverhead NY 11901-3392
PRO SE

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF' (name and address)

Linda Sharp
Plaintiff, Pro Se
9 Lynch Street
Huntington Station, NY 11746

RECEIVED 2006 JUL 20 PM 1:3_ JUDITH A. PASCALE SUFFOLK COUNTY CLERK

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON    JUL 17 2006
CLERK                         DATE

_H. Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Linda Sharp

v.

The State of New York, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV01267

CASE

JUDGE: Emmet G. Sullivan

DECK TYPE: Pro se General Civil

DATE STAMP: 07/17/2006

TO: (Name and address of Defendant) District Attorney of Nassau County, State of N.Y. Kathleen Maura Rice 262 Old Country Rd Mineola, NY 11501 PRO SE

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF' ~~~~~~ (name and address)

Linda Sharp
Plaintiff, Pro Se
9 Lynch Street
Huntington Station, NY 11746

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         JUL 17 2006
CLERK                               DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Linda Sharp

v.

The State of New York, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV01267

C.

JUDGE: Emmet G. Sullivan

DECK TYPE: Pro se General Civil

DATE STAMP: 07/17/2006

TO: (Name and address of Defendant) County Executive of the County of Suffolk Steve Levy H. Lee Dennison Building 100 Veterans Highway Hauppause NY 11788

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF' PRO SE (name and address)

Linda Sharp
Plaintiff, Pro Se
9 Lynch Street
Huntington station, NY 11746

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

JUL 17 2006
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Linda Sharp

v.

The State of New York, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV01267

JUDGE: Emmet G. Sullivan

DECK TYPE: Pro se General Civil

DATE STAMP: 07/17/2006

TO: (Name and address of Defendant) Chief Administrative Judge of New York State, Jonathan Lippman, Unified Court System, 25 Beaver ST NY, NY 10004

PRO SE

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' (name and address)

Linda Sharp
Plaintiff, Pro Se
9 Lynch Street
Huntington Station, NY 11746

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

JUL 17 2006
DATE

(By) DEPUTY CLERK