```
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA                         CASE NUMBER: 1:06CV01267
------------------------------------------x
Linda Sharp                                  JUDGE  EGS

(9 Lynch Street
Huntington Station, NY 11746
1-631-385-2018)
                    Plaintiff,

     -Versus-

The State of New York;
The Governor of the State of New York George E. Pataki;
Attorney General of the State of New York Elliot L. Spitzer;    MOTION TO APPOINT
Mayor of the City of New York of the State of New               LEGAL COUNSEL
York Michael R. Bloomberg;
Chief Administrative Judge of New York State Unified
Court System Jonathan Lippman;
The Comptroller of the City of New York of the State of
New York William Thompson Jr.;
Commissioner of Finance of the City of New York of the
State of New York Martha E. Stark;
Commissioner of Housing Preservation and
Development of the City of New York of the State of
New York Shaun Donovan;
District Attorney, County of Kings, State of New York,
Charles J. Hynes;
District Attorney, County of Nassau, State of New York,
Kathleen Rice;
District Attorney, County of Suffolk, State of New York,
Thomas J. Spota III;
Clerk of the County of Suffolk of the State of New York,
Judith A. Pascale;
County Executive of the County of the State of New York,
Steve Levy; and
Chief Judge of the State of New York Judith S. Kaye

                    Defendants.
------------------------------------------x
```

**RECEIVED**

JUL 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF Linda Sharp, hereby motions to this Honorable

Court for the following relief;

1. Appointing legal counsel for *pro se* plaintiff Linda

Sharp;

2. Directing such other, further and/or different relief as

may seem proper to the Court:

Let prompt service by mail of motion and accompanying

1

affidavit after filing be deemed sufficient service.

_____
Linda Sharp
Plaintiff *pro se*
9 Lynch Street
Huntington Station, NY 11746
1 (631) 385-2018

```
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA                        CASE NUMBER: 1:06CV01267
-------------------------------------------------------------------x
Linda Sharp                                 JUDGE  EGS

(9 Lynch Street
Huntington Station, NY 11746
1-631-385-2018)
                    Plaintiff,

     -Versus-

The State of New York;
The Governor of the State of New York George E. Pataki;
Attorney General of the State of New York Elliot L. Spitzer;   AFFIDAVIT IN SUPPORT
Mayor of the City of New York of the State of New
York Michael R. Bloomberg;
Chief Administrative Judge of New York State Unified
Court System Jonathan Lippman;
The Comptroller of the City of New York of the State of
New York William Thompson Jr.;
Commissioner of Finance of the City of New York of the
State of New York Martha E. Stark;
Commissioner of Housing Preservation and
Development of the City of New York of the State of
New York Shaun Donovan;
District Attorney, County of Kings, State of New York,
Charles J. Hynes;
District Attorney, County of Nassau, State of New York,
Kathleen Rice;
District Attorney, County of Suffolk, State of New York,
Thomas J. Spota III;
Clerk of the County of Suffolk of the State of New York,
Judith A. Pascale;
County Executive of the County of the State of New York,
Steve Levy; and
Chief Judge of the State of New York Judith S. Kaye

                    Defendants.
-------------------------------------------------------------------x
```

Plaintiff, Linda Sharp, duly sworn and deposed, states:

1)    I am the Plaintiff in the above-captioned action.

2)    I make this affidavit in support for the following relief;

   a. Appointing legal counsel for *pro se* plaintiff Linda Sharp;

3

   b. Directing such other, further and/or different relief as may seem proper to the court:

3) Please be advised that I am a *pro se* litigant not taught or versed in law.

4) I am ill-equipped to deal with this litigation as I am now, without an attorney.

5) I do not possess the funds necessary to procure my own attorney. After living through seven (7) years in a New York State sanctioned legal war of attrition designed to drain the marital assets and churn fees for political crony attorneys and receivers, I am near destitute and unable to procure an attorney for the above captioned action (my birth date is June 15, 1949 and my social security number is 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, if this statement needs to be verified).

6) Finding an attorney in the New York area would be very disadvantageous to me, as such an attorney would be easily intimidated by the sphere of influence of defendants and would be unable to adequately perform their duty.

7) In addition, as a resident of New York State and a victim of domestic abuse, I feel fearful to continue living in New York State during this litigation. I need an attorney to handle the litigation for me. I would like to have an attorney appointed and leave New York State to stay with family while this litigation proceeds.

**WHEREFORE**, it is imperative that I, *pro se* litigant Linda Sharp, be appointed an attorney to adequately deal with this above captioned litigation.

*[Signature: Linda Sharp]*
Linda Sharp
Plaintiff *pro se*
9 Lynch Street
Huntington Station, NY 11746
1 (631) 385-2018

The District of Columbia: ss
subscribed and sworn to before me,
this _31st_ day of _July_, _2006_

Lisa Renee Johnson
Notary Public, DC
My commission expires 10/14/2006

5

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------------------x
Linda Sharp

(9 Lynch Street
Huntington Station, NY 11746
1-631-385-2018)
                Plaintiff,

    -Versus-

The State of New York;
The Governor of the State of New York George E. Pataki;
Attorney General of the State of New York Elliot L. Spitzer;
Mayor of the City of New York of the State of New
York Michael R. Bloomberg;
Chief Administrative Judge of New York State Unified
Court System Jonathan Lippman;
The Comptroller of the City of New York of the State of
New York William Thompson Jr.;
Commissioner of Finance of the City of New York of the
State of New York Martha E. Stark;
Commissioner of Housing Preservation and
Development of the City of New York of the State of
New York Shaun Donovan;
District Attorney, County of Kings, State of New York,
Charles J. Hynes;
District Attorney, County of Nassau, State of New York,
Kathleen Rice;
District Attorney, County of Suffolk, State of New York,
Thomas J. Spota III;
Clerk of the County of Suffolk of the State of New York,
Judith A. Pascale;
County Executive of the County of the State of New York,
Steve Levy; and
Chief Judge of the State of New York Judith S. Kaye

                Defendants.
------------------------------------------------------------------x

CASE NUMBER: 1:06CV01267

**JUDGE EGS**

Cie Sharp, a resident of Suffolk County of New York states;

I am over the age of eighteen (18) and hereby state my intention to mail (US Postal Service) Motion to appoint legal counsel and accompanying affidavit to the above-captioned defendants. This is to be completed on or prior to Friday, August 4, 2006.

July 31, 2006

Cie Sharp
CIC

The District of Columbia: ss
subscribed and sworn to before me
this ____ day of _____, 2006
Lisa Renee Johnson
Notary Public, DC
My commission expires 10/14/2006

6