UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-----------------------------------------X

Linda Sharp

                Plaintiff pro se,     06 CV 01267 (EGS)

    -against-

The State of New York;
The Governor of the State of New York
George E. Pataki; Attorney General of    **NOTICE OF APPEARANCE**
the State of New York Elliot L. Spitzer;
Mayor of the City of New York of the
State of New York Michael R. Bloomberg;
Chief Administrative Judge of the New
York State Unified Court System
Jonathan Lippman; The Comptroller of
the City of New York of the State of
New York William Thompson Jr.;
Commissioner of Finance of the City of
New York of the State of New York
Martha E. Stark; Commissioner of Housing
Preservation and Development of the City
of New York of the State of New York
Shaun Donovan; District Attorney, County
of Kings, State of New York, Charles
J. Hynes; District Attorney, County
of Nassau, State of New York, Kathleen
Rice; District Attorney, County of
Suffolk, State of New York, Thomas
J. Spota III; Clerk of the County of
Suffolk of the State of New York,
Judith A. Pascale; County Executive
of the County of the State of New
York, Steve Levy; and Chief Judge of the
State of New York Judith S. Kaye

                      Defendants.

-------------------------------------------X

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for STATE OF NEW YORK; GEORGE E. PATAKI, GOVERNOR OF THE STATE OF NEW YORK; ELIOT SPITZER, ATTORNEY GENERAL OF THE STATE OF NEW YORK; THE HONORABLE JONATHAN LIPPMAN, CHIEF ADMINISTRATIVE JUDGE OF THE COURTS OF THE STATE OF NEW YORK; AND THE HONORABLE JUDITH S. KAYE, CHIEF JUSTICE,

COURT OF APPEALS OF THE STATE OF NEW YORK (collectively "State Defendants").

Dated: New York, New York
       August 7, 2006

                                      Yours, etc.,

                                      ELIOT SPITZER
                                      Attorney General of the
                                       State of New York
                                      Attorney for State Defendants
_____By:

                                       /s Constantine Speres
                                    _____
                                    CONSTANTINE A. SPERES (CS-9100)
                                    Assistant Attorney General
                                    120 Broadway
                                    New York, New York  10271
                                    (212) 416-8567/8610

To:    Linda Sharp
       Plaintiff Pro Se
       9 Lynch Street
       Huntington Station, New York 11746

       Andrew Scott, Esq.
       Assistant County Attorney
       County of Nassau,
       Attorney for Nassau County Defendants
       1 West Street
       Mineola, New York 11501

       Rachel Anello, Esq.
       Assistant County Attorney
       County of Suffolk,
       Attorney for Suffolk County Defendants
       H. Lee Dennison Building
       100 Veterans Memorial Hwy, 5th Fl.
       Hauppauge, New York 11788

       Tom Crane, Esq.
       Assistant Corporation Counsel
       Corporation Counsel of the
        City of New York
       Attorney for City Defendants
       100 Church Street
       New York, NY 10007