```
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------------------X

Linda Sharp

                Plaintiff pro se,           06 CV 01267 (EGS)

        -against-

The State of New York;
The Governor of the State of New York       NOTICE OF MOTION
George E. Pataki; Attorney General of
the State of New York Elliot L. Spitzer;
Mayor of the City of New York of the
State of New York Michael R. Bloomberg;
Chief Administrative Judge of the New
York State Unified Court System
Jonathan Lippman; The Comptroller of
the City of New York of the State of
New York William Thompson Jr.;
Commissioner of Finance of the City of
New York of the State of New York
Martha E. Stark; Commissioner of Housing
Preservation and Development of the City
of New York of the State of New York
Shaun Donovan; District Attorney, County
of Kings, State of New York, Charles
J. Hynes; District Attorney, County
of Nassau, State of New York, Kathleen
Rice; District Attorney, County of
Suffolk, State of New York, Thomas
J. Spota III; Clerk of the County of
Suffolk of the State of New York,
Judith A. Pascale; County Executive
of the County of the State of New
York, Steve Levy; and Chief Judge of the
State of New York Judith S. Kaye

                Defendants.

------------------------------------------X
```

PLEASE TAKE NOTICE that upon the accompanying Affirmation of Constantine A. Speres, dated August 7, 2006, defendants, State of New York; George E. Pataki, Governor of the State of New York; Eliot Spitzer, Attorney General of the State of New York; the

Honorable Jonathan Lippman, Chief Administrative Judge of the Courts of the State of New York; and the Honorable Judith S. Kaye, Chief Justice, Court of Appeals of the State of New York (collectively "State Defendants") will move this Court by submission of papers before the Honorable Emmet G. Sullivan, United States District Judge, at the United States Courthouse, located at 333 Constitution Avenue, N.W., Washington, D.C., for an order pursuant to Rule 6(b) of the Federal Rules of Civil Procedure:

    (a) enlarging the time for State defendants to answer or otherwise move with respect to the Complaint to and including September 12, 2006; or in the alternative,

    (b) dismissing the Complaint as against the State Defendants; and

    (c) granting such other and further relief as may be just and proper.

Dated:  New York, New York
       August 7, 2006

                              Yours, etc.,

                              ELIOT SPITZER
                              Attorney General of the
                               State of New York
                              <u>Attorney for State Defendants</u>
                              By:
                                  /s Constantine Speres
                              _____
                              CONSTANTINE SPERES (CS-9100)
                              Assistant Attorney General
                              120 Broadway
                              New York, New York  10271
                              (212) 416-8567/8610

To:   Linda Sharp
      <u>Plaintiff Pro Se</u>
      9 Lynch Street
      Huntington Station, New York 11746

      Andrew Scott, Esq.
      Assistant County Attorney
      County of Nassau,
      <u>Attorney for Nassau County Defendants</u>
      1 West Street
      Mineola, New York 11501

      Rachel Anello, Esq.
      Assistant County Attorney
      County of Suffolk,
      <u>Attorney for Suffolk County Defendants</u>
      H. Lee Dennison Building
      100 Veterans Memorial Hwy, 5th Fl.
      Hauppauge, New York 11788

      Tom Crane, Esq.
      Assistant Corporation Counsel
      Corporation Counsel of the
       City of New York
      <u>Attorney for City Defendants</u>
      100 Church Street
      New York, NY 10007