UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-----------------------------------------X

Linda Sharp

                    Plaintiff pro se,         06 CV 01267 (EGS)

    -against-

The State of New York;
The Governor of the State of New York    **AFFIRMATION OF**
George E. Pataki; Attorney General of      **CONSTANTINE SPERES**
the State of New York Elliot L. Spitzer;
Mayor of the City of New York of the
State of New York Michael R. Bloomberg;
Chief Administrative Judge of the New
York State Unified Court System
Jonathan Lippman; The Comptroller of
the City of New York of the State of
New York William Thompson Jr.;
Commissioner of Finance of the City of
New York of the State of New York
Martha E. Stark; Commissioner of Housing
Preservation and Development of the City
of New York of the State of New York
Shaun Donovan; District Attorney, County
of Kings, State of New York, Charles
J. Hynes; District Attorney, County
of Nassau, State of New York, Kathleen
Rice; District Attorney, County of
Suffolk, State of New York, Thomas
J. Spota III; Clerk of the County of
Suffolk of the State of New York,
Judith A. Pascale; County Executive
of the County of the State of New
York, Steve Levy; and Chief Judge of the
State of New York Judith S. Kaye

                    Defendants.

-------------------------------------------X

        CONSTANTINE SPERES, an attorney duly admitted to practice in the Courts of the State of New York, hereby affirms to the following under penalty of perjury:

1. I am an attorney duly admitted to practice law and a member in good standing of all courts of the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the United States Court of Appeals for the Second Circuit.

2. I am employed by the State of New York, Office of the Attorney General as an Assistant Attorney General; thus, I serve as a designee of the Attorney General of the State of New York. As such, I am authorized to practice before this Court pursuant to LCvR 83.2(f).

3. I make this affirmation in support of defendants, State of New York; George E. Pataki, Governor of the State of New York; Eliot Spitzer, Attorney General of the State of New York; the Honorable Jonathan Lippman, Chief Administrative Judge of the Courts of the State of New York; and the Honorable Judith S. Kaye, Chief Justice, Court of Appeals of the State of New York (collectively "State Defendants"), application pursuant to Rule 6(b) enlarging their time to answer or otherwise move with respect to the Complaint to and including September 12, 2006.

4. State defendants intend to move to dismiss the Complaint pursuant to Rules 12(b)(1)(2) and (6) of the Fed. R. Civ. P. for: (1) lack of subject matter jurisdiction as lower federal courts have no power to review state court proceedings or to set aside state court decisions; (2) improper venue as plaintiff

pro se has not asserted any connection between herself, the State defendants or the acts and occurrences and the District of Columbia; (3) Eleventh Amendment immunity as State of New York has not consented to suit in federal court and state officials sued in their official capacities are immune from damages; (4) failure to state a claim as plaintiff has failed to allege the personal involvement of the named State defendants.

    5. I respectfully request this additional time to respond to the complaint because of intervening work obligations and a planned family vacation during the last two (2) weeks of August. This additional time will allow for the preparation of a fully dispositive motion to dismiss the complaint.

    6. Accordingly, I respectfully request that Your Honor extend the time for the New York State Defendants to move, to and including September 12, 2006. In the alternative, we ask Your Honor to deem this submission a motion to dismiss and dismiss the Complaint as against the State Defendants for the reasons set forth above.

Dated:  New York, New York
        August 7, 2006

                                        /s Constantine Speres
                                        _____
                                        CONSTANTINE SPERES (CS-9100)
                                        Assistant Attorney General