```
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-----------------------------------------X

Linda Sharp

                    Plaintiff pro se,              06 CV 01267 (EGS)

        -against-

The State of New York;                             **CERTIFICATE OF**
The Governor of the State of New York              **SERVICE**
George E. Pataki; Attorney General of
the State of New York Elliot L. Spitzer;
Mayor of the City of New York of the
State of New York Michael R. Bloomberg;
Chief Administrative Judge of the New
York State Unified Court System
Jonathan Lippman; The Comptroller of
the City of New York of the State of
New York William Thompson Jr.;
Commissioner of Finance of the City of
New York of the State of New York
Martha E. Stark; Commissioner of Housing
Preservation and Development of the City
of New York of the State of New York
Shaun Donovan; District Attorney, County
of Kings, State of New York, Charles
J. Hynes; District Attorney, County
of Nassau, State of New York, Kathleen
Rice; District Attorney, County of
Suffolk, State of New York, Thomas
J. Spota III; Clerk of the County of
Suffolk of the State of New York,
Judith A. Pascale; County Executive
of the County of the State of New
York, Steve Levy; and Chief Judge of the
State of New York Judith S. Kaye

                              Defendants.

-------------------------------------------X
```

       I hereby certify that on August 7, 2006, I caused the annexed Notice of Motion with Affirmation to be served on:

    Linda Sharp
    <u>Plaintiff Pro Se</u>
    9 Lynch Street
    Huntington Station, New York 11746

```
Andrew Scott, Esq.
Assistant County Attorney
County of Nassau,
Attorney for Nassau County Defendants
1 West Street
Mineola, New York 11501

Rachel Anello, Esq.
Assistant County Attorney
County of Suffolk,
Attorney for Suffolk County Defendants
H. Lee Dennison Building
100 Veterans Memorial Hwy, 5th Fl.
Hauppauge, New York 11788

Tom Crane, Esq.
Assistant Corporation Counsel
Corporation Counsel of the
 City of New York
Attorney for City Defendants
100 Church Street
New York, NY 10007
```

by depositing a true and correct copy thereof, properly enclosed in a postpaid wrapper, in a post-office box regularly maintained by the United States Postal Service at 120 Broadway, New York, New York 10271 directed to said person(s) at the address within the State designated by them for that purpose.

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s Constantine Speres
_____
CONSTANTINE A. SPERES (CS-9100)
Assistant Attorney General

Dated:   New York, New York
         August 7, 2007