UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
======================================
Linda Sharp

                                        Plaintiffs,

    -against-

| | |
|---|---|
| The State of New York; The Governor of the State of New York George E. Pataki; Attorney General of the State of New York Eliot L. Spitzer; Mayor of the City of New York of the State of New York Michael R. Bloomberg; Chief Administrative Judge New York State Unified Court System Jonathan Lippman; the Comptroller of the City of New York of the State of New York William Thompson, Jr.; Commissioner of Finance of the City of New York of the State of New York Martha E. Stark; Commissioner of Housing Preservation and Development of the City of New York of the State of New York, Shaun Donovan; District Attorney, County of Kings, State of New York, Charles J. Hynes; District Attorney, County of Nassau, State of New York, Kathleen Rice; District Attorney, County of Suffolk, State of New York, Thomas J. Spota, III; Clerk of the County of Suffolk of the State of New York, Judith A. Pascale; County Executive of the County of Suffolk of the State of New York, Steve Levy; and Chief Judge of the State of New York Judith S. Kaye. | CASE NUMBER: 1:06CV01267<br><br>JUDGE: Emmet G. Sullivan |

                                        Defendants.

======================================x

## MOTION TO PROCEED PRO HAC VICE
## AND
## MOTION TO DISMISS

NOW COMES the undersigned attorney, Anthony P. Moncayo, for an order of this Court allowing him to appear pro hac vice in this court, supported by the sponsoring affirmation of Francis C. Kiley, a member of the Bar of this Court, and further

NOW COMES defendants, District Attorney, County of Suffolk, State of New York, Thomas J. Spota, III; Clerk of the County of Suffolk of the State of New York, Judith A. Pascale; and County Executive of the County Suffolk of the State of New York, Steve Levy, by and through the undersigned counsel, and respectfully move this Court, based on lack of subject matter jurisdiction and pursuant to Rules 12(b)(2)(3) and (6) of the Federal Rules of Civil Procedure, for an order dismissing the defendants Thomas J. Spota, III, Judith A. Pascale and Steve Levy from this action for the following reasons:

1. the Court lacks personal jurisdiction over the defendants Thomas J. Spota, III, Judith A. Pascale and Steve Levy;

2. the Court lacks subject matter jurisdiction;

3. the District of Columbia is not the proper venue for this action; and

4. the complaint fails to state a claim upon which relief can be granted.

The Court's attention is respectfully referred to the attached Memorandum of Points and Authorities.

WHEREFORE, the defendants, Thomas J. Spota. III, Judith A. Pascale and Steve Levy, for the reasons stated above, pray that this Court enter an order dismissing plaintiff's complaint against them in its entirety.

Dated:    Hauppauge, New York
          August 7, 2006

                                        Respectfully submitted,

                                        _____
                                        Anthony P. Moncayo
                                        **CHRISTINE MALAFI**

Suffolk County Attorney
100 Veterans Memorial Highway
Hauppauge, New York 11788
(631)853-4055