UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Linda Sharp

Plaintiff,

-against-

The State of New York; The Governor of the State of New York George E. Pataki; Attorney General of the State of New York Eliot L. Spitzer; Mayor of the City of New York of the State of New York Michael R. Bloomberg; Chief Administrative Judge New York State Unified Court System Jonathan Lippman; the Comptroller of the City of New York of the State of New York William Thompson, Jr.; Commissioner of Finance of the City of New York of the State of New York Martha E. Stark; Commissioner of Housing Preservation and Development of the City of New York of the State of New York, Shaun Donovan; District Attorney, County of Kings, State of New York, Charles J. Hynes; District Attorney, County of Nassau, State of New York, Kathleen Rice; District Attorney, County of Suffolk, State of New York, Thomas J. Spota, III; Clerk of the County of Suffolk of the State of New York, Judith A. Pascale; County Executive of the County of Suffolk of the State of New York, Steve Levy; and Chief Judge of the State of New York Judith S. Kaye.

Defendants.

AFFIRMATION IN SUPPORT OF MOTION TO PROCEED PRO HAC VICE

CASE NUMBER: 1:06CV01267

JUDGE: Emmet G. Sullivan

Francis C. Kiley, an attorney at law duly admitted to practice before this Honorable Court, declares the following under the penalties of perjury:

1. I am admitted to the bar of this Court and I submit this affirmation in support of that portion of the within motion in which Anthony P. Moncayo seeks to be admitted to the bar of this Court pro hac vice.

2. I was admitted to the bar of this Court on November 5, 1984.

3. I am a member in good standing of the bar of the United States District Court for the District of Columbia.

4. I have known Anthony P. Moncayo for more than two years.

5. I know Mr. Moncayo through our service in the Judge Advocate General's Corps, United States Army. Since July 2004, Colonel Moncayo he has been the Commander of our reserve unit, the 4th Legal Support Organization. I am currently on active duty with the U.S. Army Government Appellate Division.

6. I believe Mr. Moncayo possesses the necessary skill and ethics to practice before the Court.

7. I am not aware of any disciplinary proceedings being brought against Mr. Moncayo by any bar.

Francis Cornelius Kiley

Francis Cornelius Kiley
Lieutenant Colonel, Judge Advocate
U.S. Army Government Appellate Division
901 N. Stuart Street, Arlington, Va. 22203
(703) 696-2271 (office)
(703) 819-7217 (cell)
(703) 451-8558 (home)