UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
==========================================
Linda Sharp

                                          Plaintiffs,

    -against-

The State of New York; The Governor of the State of New York George E. Pataki; Attorney General of the State of New York Eliot L. Spitzer; Mayor of the City of New York of the State of New York Michael R. Bloomberg; Chief Administrative Judge New York State Unified Court System Jonathan Lippman; the Comptroller of the City of New York of the State of New York William Thompson, Jr.; Commissioner of Finance of the City of New York of the State of New York Martha E. Stark; Commissioner of Housing Preservation and Development of the City of New York of the State of New York, Shaun Donovan; District Attorney, County of Kings, State of New York, Charles J. Hynes; District Attorney, County of Nassau, State of New York, Kathleen Rice; District Attorney, County of Suffolk, State of New York, Thomas J. Spota, III; Clerk of the County of Suffolk of the State of New York, Judith A. Pascale; County Executive of the County of Suffolk of the State of New York, Steve Levy; and Chief Judge of the State of New York Judith S. Kaye,

                                          Defendants.

CASE NUMBER:
1:06CV01267 (EGS)

==========================================

# **ORDER**

Upon consideration of the Motion to be Admitted Pro Hac Vice of Anthony P. Moncayo and the Motion to Dismiss of the defendants, District Attorney, County of Suffolk, State of New York, Thomas J. Spota, III; Clerk of the County of Suffolk of the State of New York, Judith A. Pascale; and County Executive of the County of Suffolk of the State of New York, Steve Levy, and in consideration of the entire record herein, it is by the Court this _____ day of _____, 2006 hereby ordered:

1.      That Anthony P. Moncayo be and hereby is admitted to this court pro hac vice for the purposes of the within litigation;

3.      That the Motion of the defendants, District Attorney, County of Suffolk, State of New York, Thomas J. Spota, III; Clerk of the County of Suffolk of the State of New York, Judith A. Pascale; and County Executive of the County of Suffolk of the State of New York, Steve Levy be and the same is hereby **GRANTED, AND IT IS FURTHER ORDERED;**

 3      That the plaintiff's claims against District Attorney, County of Suffolk, State of New York Thomas J. Spota, III; Clerk of the County of Suffolk of the State of New York, Judith A. Pascale; and County Executive of the County of Suffolk of the State of New York, Steve Levy be **DISMISSED WITH/WITHOUT PREJUDICE.**

_____
Emmet G. Sullivan
United States District Judge