CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2006, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the District of Columbia's Local Rules, and/or the District of Columbia's on Electronic Service upon the following parties and participants:

Linda Sharp
Plaintiff Pro Se
9 Lynch Street
Huntington Station, NY 11746

Constantine A. Speres, Assistant Attorney General
Office of the Attorney General of the State of New York
Attorney for New York State Defendants
120 Broadway
New York, NY 10271

Andrew Scott, Esq.
Assistant County Attorney – Nassau County
Attorney for Nassau County Defendants
1 West Street
Mineola, New York 11501

Tom Crane, Esq.
Assistant Corporation Counsel
Corporation Counsel of the City of New York
Attorney for City Defendants
100 Church Street
New York, NY 10007

_____
Anthony P. Moncayo
AM/3394
Assistant County Attorney
Christine Malafi
Suffolk County Attorney
Attorney for Defendants Thomas Spota,
Steve Levy and Judith A. Pascale
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY 11788
(631) 853-4049