UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                              )
LINDA SHARP,                  )
                  Plaintiff,  )
                              )
         v.                   ) Civil Action No. 06-1267 (EGS)
                              )
THE STATE OF NEW YORK, et al.,)
                              )
                  Defendants. )
_____)

**O R D E R**

Upon consideration of plaintiff's complaint and initial review of the temporary restraining order, the Court concludes that venue is inappropriate. It appears from the pleadings that plaintiff chose this Court because of her perception that the state and federal courts of New York cannot fairly adjudicate her complaint. Complaint at ¶ 19. Plaintiff provides no other basis in fact or law for why this Court is an appropriate venue.

Therefore, it is hereby **ORDERED**, *sua sponte*, that this case is hereby **TRANSFERRED FORTHWITH** to the United States District Court for the Eastern District of New York, pursuant to 28 U.S.C. § 1406, for resolution of the temporary restraining order and any outstanding motions. This order is without prejudice to the filing of a motion for reconsideration upon a showing of good

cause for why venue in this Court is appropriate.  Plaintiff's motion for reconsideration, if any, shall be filed no later than August 29, 2006.


**Signed:    Emmet G. Sullivan**
**            United States District Judge**
**            August 15, 2006**